# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 04/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/08/10 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | | None | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | A | Interest | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITEDHEALTH GROUP INC | | None | J | T | | | | | |
| 36. CONSTELLATION ENERGY GP | | None | J | T | | | | | |
| 37. HERSHEY FOODS CORP | | None | J | T | | | | | |
| 38. IMMUNEX CORP NEW | | None | J | T | | | | | |
| 39. INDYMAC BANCORP INC | | None | J | T | | | | | |
| 40. LEHMAN BROTHRS HLDGS COM | | None | J | T | | | | | |
| 41. HCA INC | | None | J | T | | | | | |
| 42. VISHAY INTERTECHNLGY | | None | J | T | | | | | |
| 43. BARNES & NOBLE INC | | None | J | T | | | | | |
| 44. WACHOVIA CORP | | None | J | T | | | | | |
| 45. REHABCARE GROUP INC | | None | J | T | | | | | |
| 46. ELECTRS BOUTIQUE HLDGS | | None | J | T | | | | | |
| 47. HARLEY DAVIDSON INC | | None | J | T | | | | | |
| 48. MID ATLANTIC MED SVCS | | None | J | T | | | | | |
| 49. OCEAN ENERGY INC | | None | J | T | | | | | |
| 50. PUB SVC NEW MEX PR | | None | J | T | | | | | |
| 51. AFFILIATED COMP SVCS | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN STD COS | | None | J | T | | | | | |
| 53. ANIXTER INTL INC | | None | J | T | | | | | |
| 54. BOISE CASCADE | | None | J | T | | | | | |
| 55. MBNA CORP | | None | J | T | | | | | |
| 56. OPEN TEXT CORP | | None | J | T | | | | | |
| 57. LEAR CORP | | None | J | T | | | | | |
| 58. CAPITOL ONE FINL | | None | J | T | | | | | |
| 59. CAPITOL ONE FINL | | None | J | T | | | | | |
| 60. KINETICS CONCEPTS | | None | J | T | | | | | |
| 61. NEWS C ORP CI | | None | J | T | | | | | |
| 62. NORFOLK SOUTHERN | | None | J | T | | | | | |
| 63. OPEN TEXT CORP | | None | J | T | | | | | |
| 64. SONY CORP | | None | J | T | | | | | |
| 65. WEIGHT WATCHERS INT | | None | J | T | | | | | |
| 66. HARTFORD FINL SVCS GROUP | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 67. COMMERCE BANCORP INC NJ | | None | J | T | | | | | |
| 68. INGRAM MICRO INC CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MOTOROLA INC COM | | None | J | T | | | | | |
| 70. MICRO DEVICES INC | | None | J | T | | | | | |
| 71. SCIENTIFIC ATLANTA | | None | J | T | | | | | |
| 72. MATSUSHTA EL IND ADR | | None | J | T | | | | | |
| 73. FISHER SCIENTIFIC 1 NEW | | None | J | T | | | | | |
| 74. THERMO ELECTRON CORP | | None | J | T | | | | | |
| 75. LEXMARK INTL INC CL A | | None | J | T | | | | | |
| 76. UNIVISION COMM INC CL A | | None | J | T | | | | | |
| 77. SAP AKGSLTT SPONSORD ADR | | None | J | T | | | | | |
| 78. KOHLS CORP WISC PV 1CT | | None | J | T | | | | | |
| 79. GLOBAL SANTAFE CORP | | None | J | T | | | | | |
| 80. REGIONS FINL CORP | | None | J | T | | | | | |
| 81. CITIZENS COMMNCTNS CO | | None | J | T | | | | | |
| 82. PENSKE AUTO GROUP INC | | None | J | T | | | | | |
| 83. GARMIN LTD (KAYMAN IS) | | None | J | T | | | | | |
| 84. CHEVRON CORP | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 85. TREEHOUSE FOODS INC COM STK | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ATC TECH CORP | | None | J | T | | | | | |
| 87. GILEAD SCIENCES INC COM | | None | | | Sold | 09/18/13 | J | A | |
| 88. APACHE CORP | A | Dividend | J | T | | | | | |
| 89. L.V.M.H. EUR 0.3.3EUR PAR ORDINARY | | None | J | T | | | | | |
| 90. CARLSBERG AS-B 20.DKK | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 91. EXXON MOBIL CORP COM | A | Dividend | | | Sold | 07/29/13 | J | B | |
| 92. NEENAH PAPER INC | A | Dividend | | | Sold | 05/10/13 | J | B | |
| 93. TRW AUTOMOTIVE HOLDINGS CORP | | None | | | Sold | 02/15/13 | J | B | |
| 94. APPLIED MATERIALS INC DE | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 95. HOME PROPERTIES INC DE | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 96. SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | J | T | | | | | |
| 97. AMER EXPRESS CO DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 98. CERNER CORP DE | | None | | | Sold | 09/18/13 | J | A | |
| 99. FLOWSERVE CORP DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 100. BAYERISCHE MOTORNWERKE AG SHS 98 EUR | A | Dividend | | | Sold | 08/02/13 | J | A | |
| 101. KINDER MORGAN ENERGY PARTNERS MLP | A | Dividend | J | T | | | | | |
| 102. ESSEX PRPPERTY TRUST INC DE | A | Dividend | | | Sold | 05/20/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NPS PHARMACEUTICALS DEL DE | | None | | | Sold | 09/18/13 | J | A | |
| 104. CBS CORP NEW CL B DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 105. ENTERPRISE PRODUCTS PARTNER LP MLP | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 106. CME GROUP INC CE | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 107. SNAP ON INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 108. WYNDHAM WORLDWIDE CORP DE | A | Dividend | | | Sold | 06/25/13 | J | B | |
| 109. LIMITED BRANDS INC CL A DE | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 110. AETNA INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 111. PRICE T ROW GROUUP INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 112. HUMANA INC DE | A | Dividend | | | Sold | 02/19/13 | J | A | |
| 113. TESCO CORP CAD DE | | None | | | Sold | 07/05/13 | J | A | |
| 114. HUNTINGTON BANCSHARES DE | A | Dividend | | | Sold | 05/15/13 | J | B | |
| 115. PIONEER NAT RES DO DE | A | Dividend | | | Sold | 06/11/13 | J | B | |
| 116. VALERO ENERGY CORP NEW DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 117. ONEOK INC NEW DE | A | Dividend | | | Sold | 04/24/13 | J | B | |
| 118. BAIDU INC ADS REPSNTG CL A ORD SHS SPON ADR | | None | | | Sold | 07/15/13 | J | A | |
| 119. QUALCOMM INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  USG CORP NEW DE | | None | | | Sold | 09/18/13 | J | A | |
| 121.  AFLAC INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 122.  TRINITY INDUSTRIES INC DE | A | Dividend | | | Sold | 09/18/13 | J | A | |
| 123.  ICON PLC SPON ADR DE | | None | | | Sold | 09/18/13 | J | A | |
| 124.  BROADCOM CORP CL A DE | A | Dividend | | | Sold | 07/25/13 | J | B | |
| 125.  TEXTRON INC DE | A | Dividend | J | T | | | | | |
| 126.  MICROSOFT CORP DE | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 127.  LAZARD LTD CL A DE | A | Dividend | | | Sold | 09/18/13 | J | B | |
| 128.  VINCI SA ACT EUR DE | | None | | | Sold | 04/02/13 | J | A | |
| 129.  SMUCKER JM CO NEW DE | A | Dividend | | | Sold | 08/21/13 | J | B | |
| 130.  RAILCORP HOLDINGS INC NEW DE | | None | J | T | | | | | |
| 131.  SANDISK CORP DE | | None | | | Sold | 01/24/13 | J | A | |
| 132.  CBOE HLDGS INC COM DE | A | Dividend | | | Sold | 12/03/13 | J | B | |
| 133.  RAYMOND JAMES FINANCIAL CORP | | None | | | Sold | 01/09/13 | J | B | |
| 134.  ROCHE HLDG LTD SPONS ADR SWITZ ADR | | None | | | Sold | 02/22/13 | J | B | |
| 135.  HUANENG POWER INTL INC SPONSORED ADR SER N SHS | | None | | | Sold | 09/18/13 | J | B | |
| 136.  TRIUMPH GROUP INC DE | A | Dividend | | | Sold | 07/26/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. APPLE INC DE | A | Dividend | J | T | | | | | |
| 138. PRUDENTIAL PLC ADR UNITED KINGDOM | | None | | | Sold | 03/13/13 | J | B | |
| 139. BB&T CORP DE | A | Dividend | | | Sold | 05/15/13 | J | B | |
| 140. INTERCONTINENTAL EXCHANGE INC | | None | | | Sold | 04/01/13 | J | B | |
| 141. MKS INSTRUMENTS INC DE | A | Dividend | | | Sold | 04/25/13 | J | B | |
| 142. HARTFORD FINCL SERVICES GROUP INC | | None | J | T | | | | | |
| 143. VALUCLICK INC DE | | None | J | T | | | | | |
| 144. ALLERGAN INC DE | A | Dividend | | | Buy | 01/02/13 | J | | |
| 145. ALLERGAN INC DE | | None | | | Sold | 06/24/13 | J | A | |
| 146. PRUDENTIAL PLC ADR UNITED KINGDOM | | None | J | T | Buy | 01/03/13 | J | | |
| 147. ESSILOR INTL SPON ADR DE | A | Dividend | | | Buy | 01/14/13 | J | | |
| 148. ESSILOR INTL SPON ADR DE | | None | | | Sold | 08/30/13 | J | B | |
| 149. CARNIVAL CORP NEW | A | Dividend | | | Buy | 01/16/13 | J | | |
| 150. CARNIVAL CORP NEW | | None | | | Sold | 05/22/13 | J | B | |
| 151. BOSTON PROPERTIES INC DE | A | Dividend | J | T | Buy | 01/18/13 | J | | |
| 152. MARKS & SPENDER GROUP INC SPON DR | A | Dividend | | | Buy | 01/25/13 | J | | |
| 153. MARKS & SPENDER GROUP INC SPON DR | | None | | | Sold | 11/05/13 | J | B | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NATL-OILWELL VARCO INC DE | A | Dividend | | | Buy | 01/25/13 | J | | |
| 155. NATL-OILWELL VARCO INC DE | | None | | | Sold | 07/30/13 | J | A | |
| 156. SCRIPPS NETWORKS INTERACT INC CL A | A | Dividend | | | Buy | 02/07/13 | J | | |
| 157. SCRIPPS NETWORKS INTERACT INC CL A | | None | | | Sold | 09/18/13 | J | A | |
| 158. TARGET CORP DE | A | Dividend | | | Buy | 02/19/13 | J | | |
| 159. TARGET CORP DE | | None | | | Sold | 08/21/13 | J | B | |
| 160. CONAGRA FOOD INC DE | A | Dividend | | | Buy | 02/16/13 | J | | |
| 161. CONAGRA FOOD INC DE | | None | | | Sold | 12/19/13 | J | B | |
| 162. LAZARD LTD CL A DE | | None | J | T | Buy | 02/21/13 | J | | |
| 163. CHEUNG KONG HOLDINGS LTD ADR HONG KONG ADR | A | Dividend | | | Buy | 02/28/13 | J | | |
| 164. CHEUNG KONG HOLDINGS LTD ADR HONG KONG ADR | | None | | | Sold | 09/18/13 | J | A | |
| 165. MEMC ELECTRONIC MATERIALS INC | | None | J | T | Buy | 03/01/13 | J | | |
| 166. DISCOVER FINANCIAL SERVICES | A | Dividend | | | Buy | 03/13/13 | J | | |
| 167. DISCOVER FINANCIAL SERVICES | | None | | | Sold | 09/18/13 | J | A | |
| 168. ERICSSON SEK 10 NEW 2002 ADR | A | Dividend | | | Buy | 03/13/13 | J | | |
| 169. ERICSSON SEK 10 NEW 2002 ADR | | None | | | Sold | 07/18/13 | J | A | |
| 170. CATHAY PAC AIRWAYS LTD SPONSORED ADR ADR | A | Dividend | | | Buy | 03/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CATHAY PAC AIRWAYS LTD SPONSORED ADR ADR | | None | | | Sold | 11/26/13 | J | B | |
| 172. AKAMAI TECHNOLOGIES INC DE | | None | | | Buy | 03/19/13 | J | | |
| 173. AKAMAI TECHNOLOGIES INC DE | | None | | | Sold | 04/25/13 | J | B | |
| 174. FRAPORT AG FRANKFURT ARPT SVCS WORLDWIDE AKT | A | Dividend | | | Buy | 03/26/13 | J | | |
| 175. FRAPORT AG FRANKFURT ARPT SVCS WORLDWIDE AKT | | None | | | Sold | 09/30/13 | J | B | |
| 176. CHINA UNICOM HONG KING LTD ADR | A | Dividend | | | Buy | 04/26/13 | J | | |
| 177. CHINA UNICOM HONG KING LTD ADR | | None | | | Sold | 09/18/13 | J | A | |
| 178. HUTCHINSON WHAMPOA LTD ADR HONG KONG ADR | | None | | | Buy | 03/28/13 | J | | |
| 179. HUTCHINSON WHAMPOA LTD ADR HONG KONG ADR | | None | | | Sold | 09/18/13 | J | A | |
| 180. EW SCRIPPS CO CL A DE | | None | | | Buy | 04/04/13 | J | | |
| 181. EW SCRIPPS CO CL A DE | | None | | | Sold | 07/10/13 | J | B | |
| 182. SERCO GROUP PLC GBP DE | A | Dividend | | | Buy | 04/15/13 | J | | |
| 183. SERCO GROUP PLC GBP DE | | None | | | Sold | 09/27/13 | J | A | |
| 184. AMERISOURCEBERGEN CORP DE | A | Dividend | | | Buy | 04/17/13 | J | | |
| 185. AMERISOURCEBERGEN CORP DE | | None | | | Sold | 09/18/13 | J | A | |
| 186. ACCOR FF 100 ORD EUR DE | A | Dividend | | | Buy | 04/18/13 | J | | |
| 187. ACCOR FF 100 ORD EUR DE | | None | | | Sold | 12/05/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CHINA UNICOM HONG KING LTD ADR | | None | | | Buy | 04/26/13 | J | | |
| 189. CHINA UNICOM HONG KING LTD ADR | | None | | | Sold | 10/04/13 | J | B | |
| 190. PAREXEL INTL CORP DE | | None | | | Buy | 05/01/13 | J | | |
| 191. PAREXEL INTL CORP DE | | None | | | Sold | 09/18/13 | J | A | |
| 192. ACTAVIS INC COM DE | | None | | | Buy | 05/02/13 | J | | |
| 193. ACTAVIS INC COM DE | | None | | | Sold | 05/20/13 | J | B | |
| 194. GILEAD SCIENCES INC DE | | None | J | T | Buy | 05/02/13 | J | | |
| 195. GAMESTOP CORP NEW (HOLDING CO) CL A | A | Dividend | | | Buy | 05/08/13 | J | | |
| 196. GAMESTOP CORP NEW (HOLDING CO) CL A | | None | | | Sold | 07/24/13 | J | B | |
| 197. STADA ARZNEIMITTEL AG DEM 50 (REGD) EUR | A | Dividend | | | Buy | 05/08/13 | J | | |
| 198. STADA ARZNEIMITTEL AG DEM 50 (REGD) EUR | | None | | | Sold | 12/03/13 | J | B | |
| 199. EMC CORP MASS DE | A | Dividend | | | Buy | 05/09/13 | J | | |
| 200. EMC CORP MASS DE | | None | | | Sold | 09/18/13 | J | A | |
| 201. EUROPEAN AERONAUTIC DEFENCE AN SHS EURO EUR | A | Dividend | | | Buy | 05/15/13 | J | | |
| 202. EUROPEAN AERONAUTIC DEFENCE AN SHS EURO EUR | | None | | | Sold | 09/18/13 | J | A | |
| 203. XILINX INC DE | A | Dividend | | | Buy | 05/20/13 | J | | |
| 204. XILINX INC DE | | None | | | Sold | 09/18/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MEMC ELECTRONIC MATERIALS INC | | None | J | T | Buy | 05/31/13 | J | | |
| 206. AMER EXPRESS CO DE | | None | J | T | Buy | 05/31/13 | J | | |
| 207. PUBLIC STORAGE REIT DE | A | Dividend | J | T | Buy | 05/31/13 | J | | |
| 208. QLOGIC CORP DE | | None | | | Buy | 06/03/13 | J | | |
| 209. QLOGIC CORP DE | | None | | | Sold | 09/18/13 | J | A | |
| 210. TRIMBLE NAVIGATION LTD DE | | None | | | Buy | 06/03/13 | J | | |
| 211. TRIMBLE NAVIGATION LTD DE | | None | | | Sold | 09/18/13 | J | A | |
| 212. PRUDENTIAL FINANCIAL INC DE | | None | | | Buy | 06/04/13 | J | | |
| 213. PRUDENTIAL FINANCIAL INC DE | | None | | | Sold | 09/18/13 | J | A | |
| 214. SINOPEC SHANGHAI PETROCHEMICAL CO LTD | A | Dividend | | | Buy | 06/13/13 | J | | |
| 215. SINOPEC SHANGHAI PETROCHEMICAL CO LTD | | None | | | Sold | 06/13/13 | J | A | |
| 216. TORONTO DOMINION BK NEW CANADA CAD | A | Dividend | | | Buy | 06/18/13 | J | | |
| 217. TORONTO DOMINION BK NEW CANADA CAD | | None | | | Sold | 09/13/13 | J | B | |
| 218. LOUISIANA PACIFIC CORP DE | | None | | | Buy | 06/19/13 | J | | |
| 219. LOUISIANA PACIFIC CORP DE | | None | | | Sold | 11/05/13 | J | A | |
| 220. BLACKROCK INC DE | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 221. ADIDAS AG SPON ADR DE | | None | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. ADIDAS AG SPON ADR DE | | None | | | Sold | 12/10/13 | J | B | |
| 223. TAKE-TWO INTERACTIVE SOFTWRE | | None | | | Buy | 06/27/13 | J | | |
| 224. TAKE-TWO INTERACTIVE SOFTWRE | | None | | | Sold | 09/18/13 | J | A | |
| 225. ANSYS INC DE | | None | | | Buy | 06/28/13 | J | | |
| 226. ANSYS INC DE | | None | | | Sold | 09/18/13 | J | A | |
| 227. JOHNSON CONTROLS INC DE | A | Dividend | | | Buy | 07/18/13 | J | | |
| 228. JOHNSON CONTROLS INC DE | | None | | | Sold | 09/18/13 | J | B | |
| 229. AUTONATION INC DE | | None | | | Buy | 07/18/13 | J | | |
| 230. AUTONATION INC DE | | None | | | Sold | 09/18/13 | J | A | |
| 231. AIR CHINA LTD SPON ADR DE | | None | | | Buy | 07/18/13 | J | | |
| 232. AIR CHINA LTD SPON ADR DE | | None | | | Sold | 09/18/13 | J | A | |
| 233. SIMON PPTY GROUP INC SBI DE | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 234. SOCIETE GENERALE FRANCE SPONS ADR ADR | | None | | | Buy | 08/01/13 | J | | |
| 235. SOCIETE GENERALE FRANCE SPONS ADR ADR | | None | | | Sold | 11/08/13 | J | B | |
| 236. IAC INTERACTIVE CORP DE | A | Dividend | | | Buy | 08/01/13 | J | | |
| 237. IAC INTERACTIVE CORP DE | | None | | | Sold | 10/29/13 | J | B | |
| 238. HUANENG POWER INTL INC SPONSORED ADR SER N SHS | | None | | | Buy | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. HUANENG POWER INTL INC SPONSORED ADR SER N SHS | | None | | | Sold | 10/24/13 | J | B | |
| 240. BEIERSDORF AG ORD *FOREIGN SECURITY ORD | | None | J | T | Buy | 08/07/13 | J | | |
| 241. KONINKLIJKE AHOLD NV NEW 2007 SPON ADR | | None | | | Buy | 08/16/13 | J | | |
| 242. KONINKLIJKE AHOLD NV NEW 2007 SPON ADR | | None | | | Sold | 09/18/13 | J | A | |
| 243. SUNEDISON INC DE | | None | | | Buy | 08/27/13 | J | | |
| 244. SUNEDISON INC DE | | None | | | Sold | 09/18/13 | J | B | |
| 245. US AIRWAYS GROUP INC DE | | None | | | Buy | 08/29/13 | J | | |
| 246. US AIRWAYS GROUP INC DE | | None | | | Sold | 09/18/13 | J | A | |
| 247. SINCLAIR BROADCAST GROUP INC CL A | A | Dividend | | | Buy | 09/03/13 | J | | |
| 248. SINCLAIR BROADCAST GROUP INC CL A | | None | | | Sold | 09/18/13 | J | A | |
| 249. CAMPBELL SOUP CO DE | A | Dividend | | | Buy | 09/05/13 | J | | |
| 250. CAMPBELL SOUP CO DE | | None | | | Sold | 09/18/13 | J | A | |
| 251. INTL BUSINESS MACH DE | | None | | | Buy | 09/09/13 | J | | |
| 252. INTL BUSINESS MACH DE | | None | | | Sold | 10/22/13 | J | B | |
| 253. EARTHLINK INC DE | A | Dividend | | | Buy | 09/13/13 | J | | |
| 254. EARTHLINK INC DE | | None | | | Sold | 09/18/13 | J | A | |
| 255. JPMORGAN CHASE & CO DE | A | Dividend | J | T | Buy | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. TOTAL S.A. FRANCE SPON ADR | | None | J | T | Buy | 09/24/13 | J | | |
| 257. EQUINIX INC NEW DE | | None | J | T | Buy | 10/16/13 | J | | |
| 258. SWATCH GROUP AG ADR DE | | None | J | T | Buy | 10/22/13 | J | | |
| 259. LAZARD LTD CL A DE | | None | J | T | Buy | 10/24/13 | J | | |
| 260. EVEREST RE GROUP LTD BERMUDA | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 261. CARNIVAL CORP NEW (PAIRED STOCK) | | None | J | T | Buy | 11/01/13 | J | | |
| 262. ROYAL CARIBBEAN CRUISES LTD LIBERIA ORD | | None | J | T | Buy | 11/11/13 | J | | |
| 263. TRINA SOLAR LTD ADS SPON ADR | | None | J | T | Buy | 11/19/13 | J | | |
| 264. LAS VEGAS SANDS CORP DE | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 265. GAMESTOP CORP NEW (HOLDING CO) CL A | | None | J | T | Buy | 11/21/13 | J | | |
| 266. CIENA CORP NEW DE | | None | J | T | Buy | 11/21/13 | J | | |
| 267. GILEAD SCIENCES INC DE | | None | J | T | Buy | 12/09/13 | J | | |
| 268. POWER ASSETS HOLDINGS LTD SPON ADR | | None | J | T | Buy | 12/17/13 | J | | |
| 269. EASTMAN CHEMICAL CO DE | | None | J | T | Buy | 12/18/13 | J | | |
| 270. EOG RESOURCES INC DE | | None | J | T | Buy | 12/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544